*In re* **LAPINS, SORRELL HAROLD (MR 17653)**
Palatine, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Sorrell Harold Lapins is suspended from the practice of law for five months. Respondent Sorrell Harold Lapins shall reimburse the Disciplinary Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

*In re* **LAW, JOHN E. (MR 17664)**
Freeport, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Hearing Board is allowed, and respondent John E. Law is suspended from the practice of law for one year and until further order of the Court.